Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Law Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
*ssinger@bsfllp.com*

*Counsel for Plaintiff Office Depot, Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| OFFICE DEPOT, INC., <br><br> Plaintiff, <br><br> v. <br><br> AU OPTRONICS CORPORATION, et al., <br><br> Defendants. | CASE NO. 3:07-md-1827 SI <br> INDIVIDUAL ACTION NO. 11-cv-02225 <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS OR FILE AN AMENDED COMPLAINT AND [~~PROPOSED~~] ORDER** <br><br> **ORAL ARGUMENT REQUESTED** <br> **Date: November 11, 2011** <br> **Time: 9:00 am** <br> **Courtroom: 10** <br><br> The Honorable Susan J. Illston |

WHEREAS the undersigned counsel, on behalf of plaintiff Office Depot, Inc. ("Office Depot"), filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG Display Co., Ltd., LG Display America, Inc., Mitsui & Co. (Taiwan), Ltd., Mitsui & Co. (U.S.A.), Inc., NEC Corporation, NEC Electronics America,

Inc., NEC LCD Technologies, Ltd., Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., SANYO Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants"), among other defendants, on March 31, 2011 ("Complaint");

WHEREAS Defendant, Mitsui & Co. (Taiwan), Ltd.'s filed a Notice of Motion and Motion to Dismiss the Complaint (Docket Entry 25) on August 22, 2011;

WHEREAS Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., LG Display Co., Ltd., LG Display America, Inc., AU Optronics Corporation, AU Optronics Corporation America, Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Epson Imaging Devices Corporation, Epson Electronics America, Inc., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Consumer Electronics Co., Ltd., Sharp Corporation, Sharp Electronics Corporation, Tatung Co. of America, Inc., Chunghwa Picture Tubes, Ltd., Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., Toshiba America Information Systems, Inc., HannStar Display Corporation, and Mitsui & Co. (U.S.A.), Inc., filed a Joint Notice of Motion and Motion to Dismiss Office Depot's Complaint (Docket Entry 26) on August 22, 2011;

WHEREAS Defendant, SANYO Consumer Electronics Co., Ltd., filed a Joinder to Defendants' Joint Notice of Motion and Motion to Dismiss Office Depot's Complaint, moving for the dismissal of Office Depot's claims against it, (Docket Entry 29) on August 22, 2011;

WHEREAS Defendants, NEC Corporation, NEC Electronics America, Inc., and NEC LCD Technologies, Ltd., filed a Notice of Motion and Motion to Dismiss, or in the Alternative, Motion for Summary Judgment; Joinder in Defendants' Joint Motion to Dismiss Office Depot's Complaint (Docket Entry 31) on August 22, 2011;

WHEREAS Office Depot's responses to the aforementioned motions would be due on September 6, 2011;

NOW THEREFORE, the parties stipulate and agree as follows:

The time for Office Depot to respond to the aforementioned motions to dismiss or to file an amended complaint is postponed until September 19, 2011.

If Office Depot files oppositions to the aforementioned motions to dismiss, the time for all Defendants to file their replies is postponed until October 3, 2011.   The hearing on the aforementioned motions to dismiss is noticed for and will be held on November 11, 2011, or at such other time as is convenient for the Court.

If Office Depot files an amended complaint, then all Defendants will have 30 days to respond to the amended complaint.

IT IS SO STIPULATED.

By: /s/ Robert D. Wick_____
Robert D. Wick (Pro hac vice)
Derek Ludwin (Pro hac vice)
Neil K. Roman (Pro hac vice)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 662-6000 (Phone)
(202) 662-6291  (Facsimile)
*rwick@cov.com*
*dludwin@cov.com*
*nroman@cov.com*

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*


By: /s/ Michael R. Lazerwitz_____
Michael R. Lazerwitz (Pro hac vice)
Jeremy J. Calsyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000 (Phone)
(212) 225-3999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Christopher B. Hockett
Christopher B. Hockett (Bar No. 121539)
Neal A. Potischman (Bar No. 254862)
Sandra West (Bar No. 250389)
Samantha H. Knox (Bar No. 254427)
1600 El Camino Real
Menlo Park, California 94025
(650) 752-2000 (Phone)
(650) 752-2111 (Facsimile)

*Counsel for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc. CMO Japan Co., Ltd.*

By: /s/ Stephen P. Freccero
Stephen P. Freccero (State Bar No. 131093)
Melvin R. Goldman (State Bar No. 34097)
Derek F. Foran (State Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*MGoldman@mofo.com*
*SFreccero@mofo.com*
*DForan@mofo.com*

*Counsel for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: /s/ Kent M. Roger
Kent M. Roger (State Bar No. 95987)
Michelle Kim-Szrom (State Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*mkim-szrom@morganlewis.com*

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

By: /s/ Allison A. Davis
Allison A. Davis
Sam N. Dawood
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415) 276-6500 (Phone)
(415) 276-4880 (Facsimile)
*allisondavis@dwt.com*
*samdawood@dwt.com*

Nick S. Verwolf
Davis Wright Tremaine LLP
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004
(425) 646-6125 (Phone)
(425) 646-6199 (Facsimile)
*nickverwolf@dwt.com*

*Counsel for Defendant SANYO Consumer Electronics Co., Ltd.*

By: /s/ John M. Grenfell
John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 290134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street

| | |
|---|---|
| 1 | San Francisco, CA 94105 |
| 2 | (415) 983-1000 (Phone) |
|   | (415) 983-1200 (Facsimile) |
| 3 | *John.grenfell@pillsburylaw.com* |
| 4 | *Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation* |
| 5 | |
| 6 | By: /s/ Joel S. Sanders_____ |
|   | Joel S. Sanders (State Bar No. 107234) |
| 7 | Rachel S. Brass (State Bar No. 219301) |
|   | GIBSON DUNN & CRUTCHER LLP |
| 8 | 555 Mission Street, Suite 3000 |
| 9 | San Francisco, CA 94105-2933 |
|   | (415) 393-8200 (Phone) |
| 10 | (415) 393-8306 (Facsimile) |
|   | *jsanders@gibsondunn.com* |
| 11 | *rbrass@gibsondunn.com* |
| 12 | |
|   | *Counsel for Defendants Tatung Co. of America, Inc.* |
| 13 | *and Chunghwa Picture Tubes, Ltd.* |
| 14 | |
| 15 | By:/s/ John H. Chung_____ |
|   | John H. Chung (Pro hac vice) |
| 16 | WHITE & CASE LLP |
|   | 1155 Avenue of the Americas |
| 17 | New York, NY 10036 |
| 18 | (212) 819-8200 (Phone) |
|   | (212) 354-8113 (Facsimile) |
| 19 | *jchung@whitecase.com* |
| 20 | Christopher M. Curran (Pro hac vice) |
|   | Kristen J. McAhern (Pro hac vice) |
| 21 | WHITE & CASE LLP |
|   | 701 Thirteenth Street, NW |
| 22 | Washington DC |
| 23 | (202) 626-3600 (Phone) |
|   | (202) 639-9355 (Facsimile) |
| 24 | *ccurran@whitecase.com* |
|   | *kmcahren@whitecase.com* |
| 25 | |
| 26 | *Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Co., Ltd., and Toshiba America Information Systems, Inc.* |
| 27 | |
| 28 | |

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS OR FILE AN AMENDED COMPLAINT AND [PROPOSED] ORDER — - 6 - — Case No. 3:11-cv-02225-SI (N.D. Cal.) Master File No. 3:07-md-01827-SI (N.D. Cal.)

|   |   |
|---|---|
| 1 | By: /s/ George D. Niespolo_____ |
| 2 | George D. Niespolo (SBN 72107)<br>Stephen H. Sutro (SBN 172168) |

By: /s/ George D. Niespolo_____
George D. Niespolo (SBN 72107)
Stephen H. Sutro (SBN 172168)
Jennifer Briggs Fisher (SBN 241321)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1104
(415) 957-3000 (Phone)
(415) 957-3001 (Facsimile)
*gdniespolo@duanemorris.com*
*shsutro@duanemorris.com*
*jbfisher@duanemorris.com*

*Counsel for Defendants NEC Corporation, NEC LCD Technologies, Ltd., and NEC Electronics America, Inc.*


By: /s/ Michael E. Mumford_____
Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
(216) 621-0200 (Phone)
(216) 696-0740 (Facsimile)
*peyre@bakerlaw.com*
*evargo@bakerlaw.com*
*mmumford@bakerlaw.com*

*Counsel for Defendants Mitsui & Co. (Taiwan), Ltd. and Mitsui & Co. (U.S.A.), Inc.*


By: /s/ Hugh F. Bangasser_____
Hugh F. Bangasser (Pro hac vice)
Ramona M. Emerson (Pro hac vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
*Ramonoa.Emerson@klgates.com*
*Hugh.Bangasser@klgates.com*

Jeffrey L. Bornstein (State Bar No. 99358)
K&L GATES LLP

4 Embarcadero Center, Suite 1200
San Francisco, CA 9411-5994
(415) 882-8200 (Phone)
(415) 882-8220 (Facsimile)
*Jeff.Bornstein@klgates.com*

*Counsel for Defendant HannStar Display Corporation*


By: /s/ Stuart H. Singer
Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Law Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
*ssinger@bsfllp.com*
*mschultz@bsfllp.com*

William A. Isaacson (Pro Hac Vice to be filed)
Melissa Willett (Pro Hac Vice to be filed)
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
*wisaacson@bsfllp.com*

Philip J. Iovieno (Pro Hac Vice to be filed)
BOIES, SCHILLER & FLEXNER
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
*piovieno@bsfllp.com*

*Counsel for Plaintiff Office Depot, Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION IT IS SO ORDERED |
| 2 | By: _____[signature: Susan Illston]_____ |
| 3 | Honorable Susan J. Illston |
| 4 | United States District Judge |
| 5 | Dated:    9/7/11 |